No. 05-7585.  MISIAK v. WASHINGTON ET AL.  C. A. 9th Cir. Certiorari denied.

No. 05-7587.  JUDY H. v. RIVERSIDE COUNTY DEPARTMENT OF PUBLIC SOCIAL SERVICES.  Ct. App. Cal., 4th App. Dist., Div. 2. Certiorari denied.

No. 05-7591.  RODRIGUEZ v. SPENCER, SUPERINTENDENT, MASSACHUSETTS CORRECTIONAL INSTITUTION AT NORFOLK. C. A. 1st Cir.  Certiorari denied.

No. 05-7594.  JACKSON v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.

No. 05-7599.  MONNAR v. FLORIDA.  Dist. Ct. App. Fla., 1st Dist.  Certiorari denied.

No. 05-7601.  EMRICK v. OHIO.  Ct. App. Ohio, Muskingum County.  Certiorari denied.

No. 05-7602.  CUNNINGHAM v. RILEY, DEPUTY SHERIFF, MECKLENBURG COUNTY, NORTH CAROLINA, ET AL.  Ct. App. N. C.  Certiorari denied.

No. 05-7619.  PANKOW v. FLORIDA.  Dist. Ct. App. Fla., 5th Dist.  Certiorari denied.

No. 05-7622.  BROXTON v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 05-7639.  FINLEY v. CALIFORNIA ET AL.  C. A. 9th Cir. Certiorari denied.

No. 05-7702.  THOMAS v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 05-7713.  WASHINGTON v. ALABAMA.  Ct. Crim. App. Ala. Certiorari denied.

No. 05-7717.  MIZE v. NORTH CAROLINA.  Gen. Ct. Justice, Super. Ct. Div., Chatham County, N. C.  Certiorari denied.

No. 05-7804.  SIMPSON, AKA JENKINS v. MINNESOTA.  C. A. 8th Cir.  Certiorari denied.